Same case below, 363 Fed. Appx. 420.

**No. 09-1348. Luz Hellman, Petitioner v. Sheldon Weisberg, et al.**

561 U.S. 1027, 130 S. Ct. 3518, 177 L. Ed. 2d 1094, 2010 U.S. LEXIS 5507.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 776.

**No. 09-1351. C. D., Petitioner v. New Jersey.**

561 U.S. 1027, 130 S. Ct. 3518, 177 L. Ed. 2d 1094, 2010 U.S. LEXIS 5462.

June 28, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-1365. Ira Isaacs, dba Stolen Car Films, dba LA Media, Petitioner v. United States.**

561 U.S. 1027, 130 S. Ct. 3519, 177 L. Ed. 2d 1094, 2010 U.S. LEXIS 5364.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 875.

**No. 09-1368. Anita Johnson, Petitioner v. John E. Potter, Postmaster General.**

561 U.S. 1027, 130 S. Ct. 3519, 177 L. Ed. 2d 1094, 2010 U.S. LEXIS 5360.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 159.

**No. 09-1394. Joaquin Brown, Petitioner v. Rachel Lewis, et al.**

561 U.S. 1027, 130 S. Ct. 3521, 177 L. Ed. 2d 1094, 2010 U.S. LEXIS 5442.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 361 Fed. Appx. 51.

**No. 09-1415. Aleksandr J. Stoyanov, Petitioner v. Ray Mabus, Secretary of the Navy, et al.**

561 U.S. 1027, 130 S. Ct. 3524, 177 L. Ed. 2d 1094, 2010 U.S. LEXIS 5354.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 511.

**No. 09-1419. Radar Solutions, Ltd., dba Rocky Mountain Radar, Inc., Petitioner v. Federal Communications Commission.**

561 U.S. 1027, 130 S. Ct. 3524, 177 L. Ed. 2d 1094, 2010 U.S. LEXIS 5476.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 480.